B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Florida Fisherman, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **59-2886964** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**170 John's Pass Boardwalk**<br>**Madeira Beach, FL**<br>ZIPCODE **33708** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**170 John's Pass Boardwalk, Madeira Beach, FL** | ZIPCODE **33708** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                 Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Florida Fisherman, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Florida Fisherman, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Camille J. Iurillo 902225**
**Iurillo & Associates, P.A.**
**600 First Avenue North Suite 308**
**St. Petersburg, FL 33701**

**August 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Mark F. Hubbard**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**August 19, 2010**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Middle District of Florida

IN RE:  Case No. _____

Florida Fisherman, Inc.  Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Jet Age Fuel<br>519 Pennsylvania Ave.<br>Clearwater, FL 33755 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 36,011.48 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | | | Contingent<br>Unliquidated<br>Disputed | 25,617.29 |
| Aegon USA<br>C/O Bank Of America<br>PO Box 96273<br>Chicago, IL 60693-6273 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 19,875.53 |
| Hubbard Enterprises, Inc.<br>170 John's Pass Boardwalk<br>Madeira Beach, FL 33708 | | | Contingent<br>Unliquidated<br>Disputed | 17,618.86 |
| BMW Financial Services<br>P.O. Box 78066<br>Phoenix, AZ 85062 | | | Contingent<br>Unliquidated<br>Disputed | 17,070.81 |
| Lorraine Hubbard<br>170 John's Pass Boardwalk<br>Madeira Beach, FL 33708 | | | Contingent<br>Unliquidated<br>Disputed | 16,410.50 |
| Florida Suncoast Tourism Promo<br>10750 75th St.<br>Largo, FL 33777 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 12,375.00 |
| Idearc Media LLC<br>P.O. Box 619009<br>D/FW Airport, TX 75261-9009 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 9,756.56 |
| Avmed<br>D860363<br>Orlando, FL 32886-0363 | | | Contingent<br>Unliquidated<br>Disputed | 5,505.03 |
| Premium Assignment Corp.<br>P.O. Box 79153<br>Baltimore, MD 21279-0153 | Premium Assignment Corp.<br>P.O. Box 3100<br>Tallahassee, FL 32315-3100 | Insurance Bill | Contingent<br>Unliquidated<br>Disputed | 3,697.73 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Additional Contact | Nature of Claim | Status | Amount |
|---|---|---|---|---|
| Fisherman's Ideal Supply Store<br>750 East Welch Causeway<br>St. Petersburg, FL 33708 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 3,251.15 |
| Port Consolidated<br>PO Box 350430<br>Ft. Lauderdale, FL 33335 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 2,666.93 |
| St. Petersburg Area Chamber Of Commerce<br>P.O. Box 1371<br>St. Petersburg, FL 33731 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 2,544.00 |
| TJ Software, Inc.<br>529 Neeb Rd.<br>Cincinnati, OH 45233 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 2,500.00 |
| Great Bay Distributors<br>2310 Starkey Rd.<br>Largo, FL 33771 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,783.25 |
| Ultrasonic And Magnetics<br>1500 4th St., Ste. A<br>Harvey, LA 70058 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,779.00 |
| CJ Publishers, Inc.<br>P.O. Box 857<br>Pinellas Park, FL 33780-0857 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,423.00 |
| Bank Of America<br>Post Office Box 30521<br>Tampa, FL 33630-3521 | Bank Of America<br>P.O. Box 1538673<br>Atlanta, GA 30353-8673 | Bank loan | Contingent<br>Unliquidated<br>Disputed | 1,276.91 |
| Michael Daniell<br>543 Normandy Rd.<br>Madeira Beach, FL 33708 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,137.00 |
| Peninsular Paper Co.<br>5101 E. Hanna Ave.<br>Tampa, FL 33610 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,013.79 |
| Bank Of America<br>101 N. Tryon St.<br>Charlotte, NC 28255-0001 | Liebler, Gonzalez & Portuondo, P.A.<br>Attn: Miguel Armenteros<br>44 W. Flagler St., 25th Floor<br>Miami, FL 33130 | Bank loan | Contingent<br>Unliquidated<br>Disputed | 462,536.32<br>Collateral:<br>462,536.32<br>Unsecured:<br>0.00 |
| Bank Of America<br>101 N. Tryon St.<br>Charlotte, NC 28255-0001 | Liebler, Gonzalez & Portuondo, P.A.<br>Attn: Miguel Armenteros<br>44 W. Flagler St., 25th Floor<br>Miami, FL 33130 | Bank loan | Contingent<br>Unliquidated<br>Disputed | 157,769.68<br>Collateral:<br>157,769.68<br>Unsecured:<br>0.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 19, 2010**     Signature: *[signature]*

**Mark F. Hubbard, President**

(Print Name and Title)

# United States Bankruptcy Court
Middle District of Florida

**IN RE:**  
Florida Fisherman, Inc.  
    Debtor(s)

Case No. _____  
Chapter 11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor of this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 19, 2010         Signature _____  
                                                        **Mark F. Hubbard**  
                                                        **President and Director**

*Penalty for making a false statement or concealing property:* fine of up to $500,000 or imprisonment for up to 5 years or both  
18 U.S.C. 152 and 3571

## United States Bankruptcy Court
## Middle District of Florida

IN RE:                                                    Case No. _____

<u>Florida Fisherman, Inc.</u>                            Chapter <u>11</u>
                    Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Jenny Lynn Hubbard**<br>**170 John's Pass Boardwalk**<br>**Madeira Beach, FL  33708-2625** | **50** | **Common Stockholder** |
| **Mark Fitzgerald Hubbard**<br>**170 John's Pass Boardwalk**<br>**Madeira Beach, FL  33708** | **50** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Middle District of Florida

IN RE:                                                    Case No. _____

**Florida Fisherman, Inc.**                          Chapter **11**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 19, 2010**     Signature: _____
                                        **Mark F. Hubbard, President**                Debtor

Date: _____ Signature: _____
                                                                                                          Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Florida Fisherman, Inc.
170 John's Pass Boardwalk
Madeira Beach, FL 33708-2625

Bank Of America
101 N. Tryon St.
Charlotte, NC 28255-0001

Fisherman's Ideal Supply Store
750 East Welch Causeway
St. Petersburg, FL 33708

Iurillo & Associates, P.A.
600 First Avenue North Suite 308
St. Petersburg, FL 33701

Liebler, Gonzalez & Portuondo, P.A.
Attn: Miguel Armenteros
44 W. Flagler St., 25th Floor
Miami, FL 33130

Florida Suncoast Tourism Promo
10750 75th St.
Largo, FL 33777

Aegon USA
C/O Bank Of America
PO Box 96273
Chicago, IL 60693-6273

BMW Financial Services
P.O. Box 78066
Phoenix, AZ 85062

Great Bay Distributors
2310 Starkey Rd.
Largo, FL 33771

Alylesworth
P.O. Box 13546
St. Petersburg, FL 33733

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Hubbard Enterprises, Inc.
170 John's Pass Boardwalk
Madeira Beach, FL 33708

Art Underfoot, Inc.
241 NW 16th St.
Pompano Beach, FL 33060

Chevron
PO Box 70887
Charlotte, NC 28272-0887

Idearc Media LLC
P.O. Box 619009
D/FW Airport, TX 75261-9009

Australian Gold
839 Sunshine Ln.
Altamonte Springs, FL 32714

City Of Madeira Beach
300 Municipal Drive
P.O. Box 8605
Madeira Beach, FL 33738

J.J. Taylor Tampa
5102 South 16th Ave.
Tampa, FL 33619

Avanti Press
Department 210401
PO Box 67000
Detroit, MI 48267

City Of St. Pete Beach
155 Corey Ave.
St. Pete Beach, FL 33706-1839

Jenny Lynn Hubbard
170 John's Pass Boardwalk
Madeira Beach, FL 33708-2625

Avmed
D860363
Orlando, FL 32886-0363

CJ Publishers, Inc.
P.O. Box 857
Pinellas Park, FL 33780-0857

Jet Age Fuel
519 Pennsylvania Ave.
Clearwater, FL 33755

Bank Of America
P.O. Box 1538673
Atlanta, GA 30353-8673

Enesco, LLC
4225 Solutions Center
Chicago, IL 60677-4002

Liebler, Gonzalez & Portuondo, P.A.
Attn: Miguel Armenteros
44 W. Flagler St., 25th Floor
Miami, FL 33130

Bank Of America
Post Office Box 30521
Tampa, FL 33630-3521

Essi Sales
12707 44th St. N.
Clearwater, FL 33762

Lorraine Hubbard
170 John's Pass Boardwalk
Madeira Beach, FL 33708

| | | |
|---|---|---|
| Magic Surf Tackle<br>5727 103rd Terr. N.<br>Pinellas Park, FL  33782 | Port Consolidated<br>PO Box 350430<br>Ft. Lauderdale, FL  33335 | Ultrasonic And Magnetics<br>1500 4th St., Ste. A<br>Harvey, LA  70058 |
| Marine Sports Mfg.<br>1514 Sydney Rd.<br>Plant City, FL  33566 | Premium Assignment Corp.<br>P.O. Box 3100<br>Tallahassee, FL  32315-3100 | Verizon<br>P.O. Box 920041<br>Dallas, TX  75392-0041 |
| Mark Fitzgerald Hubbard<br>170 John's Pass Boardwalk<br>Madeira Beach, FL  33708 | Premium Assignment Corp.<br>P.O. Box 79153<br>Baltimore, MD  21279-0153 | Warren Morris<br>125 146th Ave. #2<br>Madeira Beach, FL  33708 |
| Matthew Freeman<br>P.O. Box 12053<br>St. Petersburg, FL  33733 | Ring Power Corp.<br>P.O. Box 935004<br>Atlanta, GA  31193-5004 | Yellow Book USA<br>PO Box 660052<br>Dallas, TX  75266-0579 |
| Michael Daniell<br>543 Normandy Rd.<br>Madeira Beach, FL  33708 | Rotary Club Of Gulf Beaches<br>P.O. Box 8805<br>Madeira Beach, FL  33738 | |
| Modern Business Associates<br>9455 Koger Blvd.<br>St. Petersburg, FL  33702 | Russ Berrie U.S. Gift<br>PO Box 842616<br>Boston, MA  02284-2616 | |
| Morris Visitor Publications<br>P.O. Box 933574<br>Atlanta, GA  31193-3574 | Seminole Post Card<br>P.O. Box 2897<br>Sarasota, FL  34230 | |
| Net Atlantic<br>10 Federal St., Ste. 26<br>Salem, MA  01970 | St. Petersburg Area Chamber Of Commerce<br>P.O. Box 1371<br>St. Petersburg, FL  33731 | |
| Netcare, Inc.<br>2451 N. McMullen Booth Rd., Ste. 214<br>Clearwater, FL  33759 | TJ Software, Inc.<br>529 Neeb Rd.<br>Cincinnati, OH  45233 | |
| Peninsular Paper Co.<br>5101 E. Hanna Ave.<br>Tampa, FL  33610 | Treasure Island Chamber Of Commerce<br>144 107th Ave.<br>Treasure Island, FL  33706 | |

United States Bankruptcy Court
Middle District of Florida

IN RE: _____  Case No. _____

Florida Fisherman, Inc.  Chapter **11**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................................... $ _____

   Prior to the filing of this statement I have received ................................................................. $ **40,000.00**

   Balance Due ........................................................................................................... $ _____

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor  ☑ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   The above fee included services as follows: services outlined in paragraphs 5a-d, and the analysis of the valuation of Debtor's assets; to give advice to the Debtor with respect to its powers and duties as a debtor-in-possession and the continued management of its business operations; to advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of this Court; to address the legal ramifications of business and financial issues impacting the Debtor, and other matters critical to maintenance of the going concern; to prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of this Bankruptcy Case; to continue the prosecution of claims and the litigation of defenses in the context of the Bank of America litigation; to protect the interests of the Debtor in all matters pending before this Court; to represent the Debtor in negotiations with its creditors in the preparation of a plan of reorganization and in assessing and establishing confirmability; and to assess and address anticipated post-confirmation activities.

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 19, 2010**
_____
Date

Camille J. Iurillo 902225
Iurillo & Associates, P.A.
600 First Avenue North Suite 308
St. Petersburg, FL 33701